**SCHIFFMAN LAW OFFICE, P.C.**
HELPING THE INJURED AND DISABLED SINCE 1975

Lisa Counters, 016436
4506 N 12th Street
Phoenix, AZ 85014-4246
Voice: (602) 266-2667, Ext. 106
Fax: (602) 266-0141
Lisa@SchiffmanLaw.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Serenita,<br><br>   Plaintiff/Counterdefendant,<br>vs.<br><br>The Prudential Insurance Company of America; The Long-Term Disability Plan of Lam Research Corporation,<br><br>   Defendants/Counterclaimant. | No. CV-18-02087-PHX-SMM<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

  The parties hereby stipulate that the Court may dismiss this matter with prejudice, each party to bear its own attorneys' fees and costs.

  Dated this 3rd day of January 2019.

            SCHIFFMAN LAW OFFICE, P.C.

            By: */s/ Lisa J. Counters*
              Lisa J. Counters
            Attorneys for the Plaintiff

            SEYFARTH SHAW, LLP

            By: */s/ Shelley Hebert*
              Shelley Hebert
            Attorneys for Prudential