# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Serenita,<br><br>　　　　Plaintiff/ Counterdefendant,<br><br>v.<br><br>Prudential Insurance Company of America, et al.,<br><br>　　　　Defendant/ Counterclaimant. | No. CV-18-02087-PHX-SMM<br><br>**ORDER** |

　　　Before the Court is the parties' Stipulation to Dismiss with Prejudice (Doc. 38), filed on January 3, 2019, by Plaintiff John Serenita and Defendant/Counterclaimant Prudential Insurance Company of America. Pursuant to the parties' Stipulation,

　　　**IT IS HEREBY ORDERED approving** the parties' Stipulation to Dismiss with Prejudice (Doc. 38) and **dismissing** this matter with prejudice, with all parties to bear their respective costs and attorneys' fees.

　　　**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action in its entirety.

　　　Dated this 4th day of January, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　Honorable Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge